IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THEARDISE K. LOWMAN, SR., | ) | |
|---|---|---|
| | ) | 8:05cv454 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| MICHELLE A. PETERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Filing No. 26, the motion by the plaintiff, Theardise K. Lowman, Sr., for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted.

THEREFORE, IT IS ORDERED:

1.   That Filing No. 26 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request;

2.   That all other pending motions are denied as moot; and

3.   That judgment will be entered accordingly.

DATED this 9th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge