IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THEARDISE K. LOWMAN, SR., ) | |
| ) | 8:05cv454 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| MICHELLE A. PETERS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 34, the Motion for Leave to File an Amended Complaint filed by the plaintiff, Theardise K. Lowman, Sr.  Judgment has been entered in the above-entitled action, and the complaint may not now be amended.  The plaintiff's claims were dismissed on the plaintiff's motion for voluntary dismissal of the case. Accordingly, filing no. 34 must be denied.

SO ORDERED.

DATED this 17th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge