IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THEARDISE K. LOWMAN, SR., ) | |
| ) | 8:05cv454 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| MICHELLE A. PETERS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Filing No. 37, the Motion to Reopen Case filed by the plaintiff, Theardise K. Lowman, Sr. Judgment has been entered in the above-entitled action, and the case may not now be reopened. The plaintiff's claims were dismissed on the plaintiff's motion for voluntary dismissal of the case. Accordingly, Filing No. 37 must be denied.

SO ORDERED.

DATED this 6th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge